**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


| | | |
|---|---|---|
| **Joanne Maksym,** | ) | **CASE NO. 1:12 CV 3051** |
| *parent of Steven Maksym* | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Strongsville City School District,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |


This Court, having found in favor of defendant on the administrative record, hereby

enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.




/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
Date:   8/22/13     United States District Judge


1